DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL BALLACK,**
Appellant,

v.

**SALVATORE GAROFALO** and **ROSARIA GAROFALO,**
Appellees.

No. 4D22-419

[January 26, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 50-2021-CA-010591-XXXX-MB.

Michael R. Riemenschneider of Riemenschneider, Wattwood & DeRosier, P.A., Melbourne, for appellant.

James D. Tittle of Tittle, Kairalla & Logan, P.L., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***